IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**TODD DEVLON HILL,**

    **Petitioner,**

**v.** // **CIVIL ACTION NO. 1:09CV92**
    **CRIM. ACTION NO. 1:06CR82**
    **(Judge Keeley)**

**UNITED STATES OF AMERICA,**

    **Respondent.**

### ORDER ADOPTING REPORT AND RECOMMENDATION (DKT. 26) AND DISMISSING 28 U.S.C. § 2255 PETITION WITH PREJUDICE

On November 4, 2010, the Honorable David J. Joel, United States Magistrate Judge, entered a Report and Recommendation ("R&R"), concluding that this 28 U.S.C. § 2255 petition filed by the pro se petitioner, Todd Devlon Hill, should be dismissed with prejudice because of a valid waiver of habeas rights contained in Hill's plea agreement. Hill filed no objection to the R&R, and the time to do so has expired. Accordingly, the Court **ADOPTS** the R&R (dkt. 26) in its entirety, **DENIES** the petition for a writ of habeas corpus, and **DISMISSES** this case **WITH PREJUDICE**. The Court declines to issue a certificate of appealability because Hill raises no colorable claim of denial of a constitutional right.

It is so **ORDERED.**

The Court directs the Clerk to prepare a separate judgment order and to transmit copies of both orders to counsel of record and to the pro se petitioner via certified mail, return receipt requested.

DATED: March 17, 2011.

    /s/ Irene M. Keeley
    IRENE M. KEELEY
    UNITED STATES DISTRICT JUDGE